IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 25-22 |
| ) | |
| LAV ADAMOV ) | |

**MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE**

Lav Adamov respectfully files this Motion to Modify Conditions of Pretrial Release, and in support, he states:

1. On September 11, 2025, an Order of Release was issued, which ordered Mr. Adamov's from custody at Northeast Ohio Correctional Center pending confirmation that electronic monitoring would be feasible at the Maria House. (ECF No. 23). As part of his conditions of pretrial release, Mr. Adamov was placed on home detention with location monitoring.

2. On November 17, 2025, Mr. Adamov filed a motion to modify his conditions of release requesting that home detention be replaced with a curfew. (ECF No. 29). That motion is still pending and the government's response is due on December 9, 2025.

3. On December 6, 2025, Mr. Adamov's American family (the Mannings) plans to travel from New York to Erie and wants to spend some time with Mr. Adamov to celebrate his upcoming 21st birthday, which is on December 11. Accordingly, Mr. Adamov hereby seeks permission to remove the home detention requirement from 1:00 p.m. to 6:00 p.m., this Saturday, December 6, 2025, so that he can go to lunch with the Mannings and spend some time with them outside of his residence.

4. Undersigned counsel conferred with USPO Mara Williams about this request and the USPO takes no position on the motion.

5. Accordingly, Lav Adamov requests the modifications of release as specified within the proposed Order of Court.

          Respectfully submitted,

          */s/ Jeffery Carr*
          Jeffery Carr
          Assistant Federal Public Defender