IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 25-22 |
| ) | |
| LAV ADAMOV    ) | |

**ORDER OF COURT**

AND NOW, this _____ day of December, 2025, upon consideration of this Motion to Modify Conditions of Release, it is hereby ORDERED that this motion is GRANTED; and

IT IS FURTHER ORDERED that Mr. Adamov is permitted to spend time with the Mannings outside of his home between 1:00 and 6:00 p.m. on December 6, 2025. Prior to leaving his residence, Mr. Adamov shall provide his itinerary to his probation officer.

All other conditions of release remain in full force and effect.

_____
United States Magistrate Judge

cc:   Counsel of Record
      US Probation